PEOPLE v. HILL. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 June 15, 1971, at Grand Rapids. (Docket No. 10804.) Decided July 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*David Harris*, for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and T. M. BURNS, JJ.

PER CURIAM. Defendant pled guilty to the crime of assault with intent to rob being armed.* On appeal the people have filed a motion to affirm, pursuant to GCR 1963, 817.5(3).

A review of the briefs and records in this cause make it manifest that the question sought to be reviewed is so insubstantial as to need no argument or formal submission.

Accordingly the motion to affirm is granted.

